

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00122-CV

| | | |
|---|---|---|
| P.F. and wife, J.F., as Next Friends of Their Daughter I.F. | § | From the 442nd District Court |
| | § | of Denton County (16-03909-442) |
| v. | § | July 19, 2018 |
| S.S., S.S., and S.S. | § | Opinion by Chief Justice Quinn |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the portion of the trial court's summary judgment denying Appellants' negligence claim as to the appellees identified as "Debbie" and "Junior" in the opinion and remand this case to the trial court for further proceedings consistent with this opinion as to these appellees. We affirm the remainder of the trial court's judgment.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Quinn
Chief Justice Brian Quinn